[Nos. 36324-1-II; 36920-6-II.  Division Two.  December 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE WILLIAM SCANLAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANTWONN DEMETRIES WASHINGTON, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 06-1-01062-2, Rosanne Buckner, J., entered May 11, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[Nos. 37026-3-II; 37126-0-II.  Division Two.  December 22, 2009.]

SANDRA HENDRICKS, *Appellant*, v. DANIEL DISON, *as Personal Representative and Notice Agent, Respondent*.

Appeals from a judgment of the Superior Court for Clark County, No. 04-2-05113-8, Barbara D. Johnson, J., entered November 9, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 37839-6-II.  Division Two.  December 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE CHAVEZ GABRIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00052-4, Robert A. Lewis, J., entered May 8, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38101-0-II.  Division Two.  December 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MISTY VIOLET ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-01015-4, James J. Stonier, J., entered July 30, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.